**BENJAMIN KIM, OSB #066426**
4248 Galewood St
Lake Oswego, OR 97035
Tel: (503)344-6251
Email: ben@benkimlaw.com
Attorney for JOEL BONILLA ARIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>**JOEL BONILLA ARIAS,**<br><br>　　　　　　Defendant. | CASE NO.: 3:24-CR-00408-IM-2<br><br>SENTENCING MEMORANUDUM |

　　　Defendant JOEL BONILLA ARIAS, through his attorney Benjamin Kim, respectfully submits this Sentencing Memorandum. Mr. Bonilla-Arias comes to this Court on March 10 2026, to be sentenced in this matter.

　　　For the reason set forth in this memorandum and Defendant's Confidential Supplement to the PSR, Mr. Bonilla-Arias respectfully requests that the Court impose a sentence of 33 months in the Bureau of Prisons

　　　Mr. Bonilla-Arias requests the Court impose a reasonable sentence in light of all factors including those under § 3553 (a). Mr. Bonilla-Arias further requests that he received all credits

PAGE | 1
CASE NO.: 3:24-CR-00408-IM-2SENTENCING MEMORANUDUM
BENJAMIN KIM
ATTORNEY AT LAW
4248 GALEWOOD ST
LAKE OSWEGO, OR 97035
P: (503) 344-6251 | F: (503) 961-7303

1  including credit for time served including time he had been in custody since his arrest and that
2  he be eligible for all available programs.

3
4  Dated this 4th of March 2026.                    /s/ *[signature]*
                                                    Benjamin B. Kim
                                                    Attorney for Defendant

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

PAGE | 2
CASE NO.: 3:24-CR-00408-IM-2 SENTENCING MEMORANUDUM
BENJAMIN KIM
ATTORNEY AT LAW
4248 GALEWOOD ST
LAKE OSWEGO, OR 97035
P: (503) 344-6251 | F: (503) 961-7303